IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| TAMMY LOU FONTENOT, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| TASER INTERNATIONAL, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed March 18, 2010 for admission of John R. Maley as counsel *pro hac vice* on behalf of Defendant Taser International, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Maley shall be admitted to appear before this court *pro hac vice* on behalf of Taser International, Inc. It appears that Mr. Maley has associated Scott D. MacLatchie of Womble, Carlyle, Sandridge & Rice as local counsel.

Signed: March 18, 2010

David C. Keesler
United States Magistrate Judge