# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| TAMMY LOU FONTENOT, et al., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TASER INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed March 18, 2010 for admission of John R. Maley as counsel *pro hac vice* on behalf of Defendant Taser International, Inc.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Maley shall be admitted to appear before this court *pro hac vice* on behalf of Taser International, Inc. It appears that Mr. Maley has associated Scott D. MacLatchie of Womble, Carlyle, Sandridge & Rice as local counsel.

Signed: March 18, 2010

David C. Keesler
United States Magistrate Judge