IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| TAMMY LOU FONTENOT, et al., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| TASER INTERNATIONAL, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed March 19, 2010 for admission of Michael A. Brave as counsel *pro hac vice* on behalf of Defendant Taser International, Inc.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Brave shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Taser International, Inc. It appears that Mr. Brave has associated Scott D. MacLatchie of Womble, Carlyle, Sandridge & Rice as local counsel.

Signed: March 19, 2010

David C. Keesler
United States Magistrate Judge