# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, et al., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TASER INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed March 19, 2010 for admission of Holly L. Gibeaut as counsel *pro hac vice* on behalf of Defendant Taser International, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Gibeaut shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Taser International, Inc. It appears that Ms. Gibeaut has associated Scott D. MacLatchie of Womble, Carlyle, Sandridge & Rice as local counsel.

Signed: March 19, 2010

David C. Keesler
United States Magistrate Judge