**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-125-RJC-DCK**

| | | |
|---|---|---|
| **TAMMY LOU FONTENOT, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TASER INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed March 19, 2010 for admission of James M. Arrowood as counsel *pro hac vice* on behalf of Defendant Taser International, Inc.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Arrowood shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Taser International, Inc. It appears that Mr. Arrowood has associated Scott D. MacLatchie of Womble, Carlyle, Sandridge & Rice as local counsel.

Signed: March 19, 2010

David C. Keesler
United States Magistrate Judge