**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-125-RJC-DCK**

| | | |
|---|---|---|
| TAMMY LOU FONTENOT, et al., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| TASER INTERNATIONAL, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed March 30, 2010 for admission of John F. Baker as counsel *pro hac vice* on behalf of Plaintiffs.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Baker shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiffs. It appears that Mr. Baker has associated Ken Harris of Ken Harris & Associates as local counsel.

Signed: March 31, 2010

David C. Keesler
United States Magistrate Judge