IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, et al., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| TASER INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed March 30, 2010 for admission of John Burton as counsel *pro hac vice* on behalf of Plaintiffs.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Burton shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiffs. It appears that Mr. Burton has associated Ken Harris of Ken Harris & Associates as local counsel.

Signed: March 31, 2010

David C. Keesler
United States Magistrate Judge