IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TASER INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed March 30, 2010 for admission of John Burton as counsel *pro hac vice* on behalf of Plaintiffs.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Burton shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiffs. It appears that Mr. Burton has associated Ken Harris of Ken Harris & Associates as local counsel.

Signed: March 31, 2010

_____
David C. Keesler
United States Magistrate Judge