# United States District Court
# For The Western District of North Carolina
# Charlotte Division

TAMMY LOU FONTENOT, as
Administratrix of the Estate of Darryl
Wayne Turner, deceased,

    Plaintiff(s),

vs.

TASER INTERNATION, INC,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv125

DECISION BY COURT. This action having come before the Court by Jury trial and a decision having been rendered by Jury Verdict;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the 7/19/11 Jury Verdict .

Signed: July 20, 2011

Frank G. Johns, Clerk
United States District Court