UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, as Administratrix of the Estate of DARRYL WAYNE TURNER, deceased )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>TASER INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Tammy Lou Fontenot's ("Plaintiff") Notice of Acceptance of Remitted Damages Award, (Doc. No. 174).

On April 20, 2010, the Court **GRANTED in part and DENIED in part** Defendant TASER International, Inc.'s Motion for Rule 50 JNOV, Rule 59 New Trial, or Remittitur, (Doc. No. 141). The Court remitted the jury's verdict from $10 million to $5,491,503.65 and gave Plaintiff thirty days to accept or reject that amount. Plaintiff has accepted the Court's remittitur and requests judgment in her favor in the amount of $5,491,503.65, plus costs and interest. The Court **GRANTS** Plaintiff's request.

**IT IS, THEREFORE, ORDERED** that the Clerk shall enter judgment in the amount of $5,491,503.65, plus costs and post-judgment interest as provided by 28 U.S.C. § 1961.

Signed: May 4, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge

2