# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tammy Lou Fontenot,
as Administratrix of the Estate of
Darryl Wayne Turner,

       Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      3:10cv125

Taser International, Inc.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2012 Order.

                                                Signed: May 4, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court