IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, as Administratrix of the Estate of DARRYL WAYNE TURNER, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TASER INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 199) filed by Scott D. MacLatchie, concerning Pamela Beth Petersen on February 3, 2014. Ms. Pamela Beth Petersen seeks to appear as counsel *pro hac vice* for Defendant Taser International, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 199) is **GRANTED.** Ms. Pamela Beth Petersen is hereby admitted *pro hac vice* to represent Defendant Taser International, Inc.

**SO ORDERED**.

Signed: February 3, 2014

David C. Keesler
United States Magistrate Judge