# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO. 3:10-CV-125-RJC-DCK

| | |
|---|---|
| TAMMY LOU FONTENOT, as Administratrix of the Estate of DARRYL WAYNE TURNER, deceased, <br><br> Plaintiff, <br><br> v. <br><br> TASER INTERNATIONAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 200) filed by Scott D. MacLatchie, concerning John Jerry Glas on February 3, 2014. Mr. John Jerry Glas seeks to appear as counsel *pro hac vice* for Defendant Taser International, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 200) is **GRANTED.** Mr. John Jerry Glas is hereby admitted *pro hac vice* to represent Defendant Taser International, Inc.

**SO ORDERED**.

Signed: February 3, 2014

David C. Keesler
United States Magistrate Judge